*E-Filed 11/6/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EDJUAN SCOTT,

        Plaintiff,

   v.

CHARLES HOEN,

        Defendant.

No. C 11-3754 RS (PR)

**ORDER REOPENING ACTION**

Plaintiff has filed a motion (Docket No. 8) in an action that was dismissed over four years ago. The Court construes the motion, which requests a court order prohibiting his custodians from administering shock therapy to him, as a motion to reopen. The action is REOPENED and the Clerk is directed to amend the docket accordingly. The judgment (Docket No. 4) and the order of dismissal (Docket No. 3) are VACATED.

On or before December 15, 2015, plaintiff shall file an amended complaint using this Court's form, copies of which were sent to him in August. By that date, plaintiff shall also either (1) pay the full filing fee of $400.00, or (2) file a complete application to proceed *in forma pauperis*. Failure to comply with these requirements by the deadline will result in dismissal of the action under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Plaintiff's motion for an order directing his custodians to cease giving him electro-shock therapy is DENIED as premature. It is too early in the litigation of this matter to decide whether issuing such an order is warranted. The Clerk shall terminate Docket No. 8.

**IT IS SO ORDERED**.

DATED: November 5, 2015

                              RICHARD SEEBORG
                              United States District Judge